## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER

Appellate case name:        In the Interest of J.R.W. and J.M., Children

Appellate case number:      01-21-00157-CV

Trial court case number:    2019-03761

Trial court:                308th District Court of Harris County

On March 29, 2021, appellant, mother, filed a notice of appeal from the trial court's March 7, 2021 order in a suit affecting the parent-child relationship. This Court is required to bring the appeal to final disposition within 180 days of the date the notice of appeal was filed, so far as reasonably possible. *See* TEX. R. JUD. ADMIN. 6.2, *reprinted in* TEX. GOV'T CODE ANN. tit. 2, subtit. F app.

Appellant's brief was due to be filed in this Court on or before April 29, 2021. *See* TEX. R. APP. P. 38.6(a). However, appellant has not filed a brief or a motion to extend the deadline for filing her brief. **Appellant is directed to file her brief in this Court within ten days of the date of this order**.

If appellant fails to file a brief as directed in this order, we may abate this appeal and direct the trial court to hold a hearing to determine whether appellant still wishes to pursue her appeal and whether substitute counsel should be appointed. *See* TEX. FAM. CODE ANN. § 107.016(2) (providing appointed counsel must continue to serve until appeal is exhausted or waived, or attorney is relieved of her duties and replaced by court).

It is so ORDERED.


Judge's signature: _____/s/ April Farris_____
                   ☑ Acting individually    ☐ Acting for the Court

Date: ___May 12, 2021____